*Page 1 of 1*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCOTT ALAN STANLEY,

    Plaintiff,

v.                                  CASE NO. 4:05-cv-00300-MP-WCS

CARL BENNETT, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 43, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed without prejudice. No objections were filed, and the time for doing so has passed. The Court agrees that the matter should be dismissed because Plaintiff was directed to file a second amended complaint and failed to do so. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is dismissed without prejudice, and the clerk is directed to close the file.

    **DONE AND ORDERED** this _20th_ day of June, 2006

                                  *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge