IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCOTT ALAN STANLEY,

    Plaintiff,

v.                                          CASE NO. 4:05-cv-00300-MP-WCS

MAJOR CARL BENNETT,
et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 149, Motion for Rehearing (Construed as Reconsideration) of Doc. 144, Order Adopting Report and Recommendation. The Defendants have responded, Doc. 150, and the Plaintiff has filed two Notices of Inquiry, Docs. 151 and 153, which the Court has reviewed. Nothing in the motion for rehearing adds to the arguments already rejected in the Order at Doc. 144. The Court continues to agree with the Magistrate Judge that the placement of Plaintiff in administrative confinement and in a restraint chair were proper and within the discretion of prison officials under the circumstances. Accordingly, the motion for rehearing, Doc. 149, is denied.

    **DONE AND ORDERED** this _3rd_ day of June, 2009

                                        *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge